

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00814-CV

**IN THE INTEREST OF A.A.A.**, a Child

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020-FLD-001240-D3
Honorable Selina Nava Mireles, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. All pending motions, including notifications of late record, are DENIED AS MOOT. Because appellant is indigent, no costs of this appeal are assessed.

It is so **ORDERED** on January 25, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court